IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Calhoun, Patricia A | Case Number: 08 B 20660 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 03/10/09 | Filed: 8/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 26, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,240.00 | |
| Secured: | | 1,158.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 81.11 |
| Other Funds: | | 0.00 |
| Totals: | 1,240.00 | 1,240.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,054.00 | 0.00 |
| 2. | River Auto Group Ltd | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 25,685.00 | 1,092.35 |
| 4. | EMCC/The Diamond Center | Secured | 1,300.00 | 38.32 |
| 5. | Monterey Collection Service | Secured | 938.90 | 28.22 |
| 6. | Internal Revenue Service | Priority | 28,120.18 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 2,284.94 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 5.50 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 6.71 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 7.92 | 0.00 |
| 11. | CitiFinancial Auto Credit Inc | Unsecured | 56.29 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 5.40 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 4.80 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 3.63 | 0.00 |
| 15. | Nicor Gas | Unsecured | 14.88 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 12.36 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 13.14 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 11.76 | 0.00 |
| 19. | EMCC/The Diamond Center | Unsecured | 12.19 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 3.03 | 0.00 |
| 21. | Internal Revenue Service | Unsecured | 149.76 | 0.00 |
| 22. | Citizens Financial Services | Unsecured | | No Claim Filed |
| 23. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 24. | Direct Charge | Unsecured | | No Claim Filed |
| 25. | Direct Tv | Unsecured | | No Claim Filed |
| 26. | EMCC | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Calhoun, Patricia A

Printed: 03/10/09

Case Number:  08 B 20660
Judge:  Hollis, Pamela S
Filed:  8/7/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Fingerhut | Unsecured | | No Claim Filed |
| 28. EMCC | Unsecured | | No Claim Filed |
| 29. First Midwest Bank | Unsecured | | No Claim Filed |
| 30. Direct Tv | Unsecured | | No Claim Filed |
| 31. Ice Mountain | Unsecured | | No Claim Filed |
| 32. National Service Center | Unsecured | | No Claim Filed |
| 33. RWDS660-DSB | Unsecured | | No Claim Filed |
| 34. Oaklawn Radiologist | Unsecured | | No Claim Filed |
| 35. Tri-State Adjustments | Unsecured | | No Claim Filed |
| 36. Swiss Colony | Unsecured | | No Claim Filed |
|  |  | $ 61,690.39 | $ 1,158.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 47.11 |
| 6.6% | 34.00 |
|  | $ 81.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: